# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STYAUNO CARTER,<br><br>            Plaintiff,<br><br>      v.<br><br>MIGUEL LOPEZ, et al.,<br><br>            Defendants. | **14-cv-01818 AWI-GSA**<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(Doc. 2)** |

Plaintiff Syauno Carter filed a complaint and a motion to proceed in forma pauperis on November 20, 2014. Doc. 1. Plaintiff has made the required showing pursuant to 28 USC § 1915(a). Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

   Dated:   **February 2, 2015**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

1